G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA  91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff
BERT VALDIVIA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BERT VALDIVIA, <br><br> Plaintiff, <br><br> vs. <br> PIONEER CREDIT RECOVERY, INC.; and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No.:  CV12-7913-JC <br><br> **VOLUNTARY DISMISSAL** |

### VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff BERT VALDIVIA (hereinafter "Plaintiff"), by and through his attorneys, PRICE LAW GROUP APC, hereby voluntarily dismisses the above-entitled case with prejudice.

///

///

|   |   |
|---|---|
| | RESPECTFULLY SUBMITTED, |
| DATED: October 10, 2012 | **PRICE LAW GROUP APC** |
| | By: /s/ G. Thomas Martin, III |
| | G. Thomas Martin, III |
| | Attorney for Plaintiff |